UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 09 B 11495
                                          CHAPTER 13
CAROL SWANN
OMAR FONG BANCES                          JUDGE JANET S BAER

        DEBTORS                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 3 | 3233 | $2,755.04 | $3,150.04 | $3,150.04 |
| Total Amount Paid by Trustee | | | | | $3,150.04 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 **X**  Through the Chapter 13 Conduit          __  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-11495-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 10th day of February, 2014 .

Debtor:
CAROL SWANN
OMAR FONG BANCES
5758 W EDDY ST
CHICAGO, IL  60634

Attorney:
CONSUMER BANKRUPTCY CTR
180 W WASHINGTON ST #700
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK NA
% WASHINGTON MUTUAL HOME
LN
7255 BAYMEADOWS WAY MAIL
JAXB2
JACKSONVILLE, FL  32256

Mortgage Creditor:
WASHINGTON MUTUAL HOME
LOANS
% CODILIS & ASSOCIATES
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
JPMORGAN CHASE BANK
NATIONAL
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOC
15W030 N FRONTAGE RD
BURR RIDGE, IL  60527

Mortgage Creditor:
JPMORGAN CHASE BANK NA
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

ELECTRONIC SERVICE - United States Trustee

Date:  February 10, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603